

**NUMBER 13-20-00190-CR**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

**SEAN RODRIGUEZ OSBORN,**                                                   **Appellant,**

**v.**

**THE STATE OF TEXAS,**                                                       **Appellee.**

---

On appeal from the 216th District Court
of Kerr County, Texas.

---

# ORDER

**Before Justices Benavides, Hinojosa, and Silva**
**Order Per Curiam**

Before the Court is appellant's motion for pro se access to the appellate record. Appellant's counsel filed an Anders brief, and appellant has been unable to examine the record in order to file a pro se brief.

Accordingly, it is hereby ORDERED the trial court ensure that appellant has the opportunity to fully examine the appellate record on or before fifteen (15) days from the

date this order issues, and it is FURTHER ORDERED that the trial court notify this Court as to the date upon which the appellate record was made available to appellant. *See Kelly v. State*, 436 S.W.3d 313 (Tex. Crim. App. 2014).

Furthermore, appellant shall have thirty (30) days from the date the appellate record is first made available to him to file his pro se brief with this Court. The State shall have twenty days thereafter to file its response, if any.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed on the
14th day of April, 2021.

2